**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILBERTO MELENDEZ**, | |
| *Plaintiff,* | **Case No. 5:20-cv-02635-JDW** |
| v. | |
| **CHERYL STEBERGER, et al.**, | |
| *Defendant.* | |

## <u>ORDER</u>

**AND NOW**, this 22nd day of June, 2022, upon consideration of Plaintiff Wilberto Melendez's Unopposed Motion For Leave To File Documents Under Seal (ECF No. 134), Defendants' Response In Support Of Motion To Seal (ECF No. 144), Defendants' Unopposed Motion For Leave To File Under Seal Their Response In Support Of Plaintiff's Motion To Seal (ECF No. 145), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** that Parties' Motions are **DENIED IN PART** and **GRANTED IN PART**. Plaintiff's Motion to Seal is **GRANTED** as to Section III.13 of Exhibit D (Area and Cell Searches) (ECF No. 135-4). The Motion is otherwise **DENIED**. The Defendants' Motion to Seal their Response is **DENIED**.

It is **FURTHER ORDERED** that, on or before June 30, 2022, the Parties shall provide to the Clerk of Court unsealed and/or unredacted versions of the documents that are currently sealed and/or redacted on the docket for which the Court has denied the Parties' Motions to Seal. The Clerk of Court shall substitute the unsealed and/or unredacted documents on the docket, where indicated by the Parties.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.